Case 3:25-cr-00145-PDW *SEALED*   Document 7   Filed 06/26/25   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| John Leo Hatcher Jr. | ) | Case No. 3:25-cr-145-5 | REC'D USMS-D/ND 2025 JUN 27 8:28 |
| | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   John Leo Hatcher Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance

Date: 06/26/2025

/s/Sarah Lien
*Issuing officer's signature*

City and state:   Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/27/2025 , and the person was arrested on *(date)* 07/20/2025
at *(city and state)* Jamestown, North Dakota.

Date: 07/21/25

*Arresting officer's signature*

SA Ryan Rosmore
*Printed name and title*